JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACH DISTRICT SURGERY CENTER, | Case No. CV 25-5221-E |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COMPUTACENTER UNITED STATES, INC., ET AL., | |
| Defendants. | |

Pursuant to the "Memorandum Opinion and Order of Remand" filed concurrently herewith, this action is remanded to the Superior Court of the State of California, County of Los Angeles.

DATED: August 8, 2025.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE